# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELODY ROSE BERNARD<br><br>Defendant. | CR-24-46-GF-BMM-JTJ<br><br>ORDER |

Defendant Melody Bernard has filed a Motion to allow Lutisha McFarland to appear through video at the detention hearing set for September 10, 2024. The Government has no objections to the Motion, but opposes Defendant's release. Therefore,

IT IS ORDERED that Defendant's Unopposed Motion for Witness to Appear Through Remote Means is GRANTED. Defendant will coordinate this remote appearance with the Clerk of Court's Office.

DATED this 9th day of September, 2024.

_____
John Johnston
United States Magistrate Judge